IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:18-PO-188 |
| vs. | : | |
| | : | Magistrate Judge Sharon L. Ovington |
| BRIAN REALI, | : | |
| Defendant. | : | |

**ORDER DIRECTING WINDSOR-LAURELWOOD CENTER FOR BEHAVIORAL MEDICINE TO PRODUCE RECORDS**

This matter is before the Court on Defendant's request for an Order directing the Windsor-Laurelwood Center for Behavior Medicine, located at 35900 Euclid Avenue, Willoughby to produce ALL treatment and counseling records pertaining to Brian Reali, identified on the accompanying release, to his attorney. The Court finds defendant's Motion to be well taken and sustains same.

Wherefore, the Court hereby ORDERS the Windsor-Laurelwood Center for Behavior Medicine to provide a complete copy of Mr. Reali's treatment and counseling records to Cheryll A. Bennett, at the Federal Public Defender's Office, 1 South Main Street, Suite 490, Dayton, Ohio 45402 forthwith.

_____
Sharon L. Ovington,
United States Magistrate Judge

Date: 7-1-19